**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-01472-LTB

GLEN CLINGERMAN,

       Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 17 - filed July 11, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:


 s/Lewis T. Babcock_____
Lewis T. Babcock, Judge

DATED:   July 18, 2014